**MARTIN, OTTAWAY, VAN HEMMEN & DOLAN, INC.**
MARINE CONSULTANTS, ENGINEERS, SURVEYORS, NAVAL ARCHITECTS AND APPRAISERS

**NEW JERSEY**

172 MONMOUTH STREET
RED BANK, NEW JERSEY 07701

TELEPHONE: (732) 224-1133
FACSIMILE: (732) 224-8631

*January 8, 2006*

# CERTIFICATE OF VALUATION

**I, the undersigned,** *having been requested by Mr. Robert Hopkins of Ober Kaler Grimes & Shriver, to value the M/V "CLARY" (Ex. "Lake Hume"), Gross Tons 12,165, Built 1979, IMO No. 7623124, in sound condition as of January, 2006, hereby certify that having availed myself of the best possible information regarding this vessel, I value her in the region of*

**U.S. DOLLARS THREE MILLION...........$3,000,000.00.**

MARTIN, OTTAWAY, VAN HEMMEN & DOLAN, INC.

PER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPRAISER

Exhibit A

SVERIGES ÅNGFARTYGS      ASSURANS FORENING

# The Swedish Club
Est. 1872

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CLARY SHIPPING (Pte.) LTD., AS OWNER(S) AND/OR OWNER(S) *PRO HAC VICE* OF THE MOTOR VESSEL CLARY FOR EXONERATION FROM OR LIMITATION OF LIABILITY | *Ad Interim*<br><br>Stipulation for Value<br><br>Civil Action No.: |

\* \* \* \* \* \* \* \* \* \*

Re:   Motor Vessel CLARY
      At Wilmington
      January 6, 2006

Whereas, Clary Shipping (Pte.) Ltd ("Clary Shipping"), as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY ("CLARY"), are instituting a proceeding (the "Action") in the United States District Court for the District of Delaware (this "Court") for exoneration from or limitation of liability, if any, in respect of damage arising out of an occurrence on the Christina River in Wilmington, Delaware on January 6, 2006, or for any other matter arising during the Voyage on which the CLARY was then engaged, in which proceeding Clary Shipping prays, among other things, that the Court upon request of any claimant cause due appraisement to be made of the value of its interests in the CLARY, and that a notice may issue to all persons asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the Clerk of this Court and to serve on Clary Shipping's attorneys a copy thereof, and that the Court enter an order restraining the beginning or prosecution of all other claims and proceedings against Clary Shipping or CLARY, with respect to this matter in question; and

Whereas, Clary Shipping wishes to prevent the further prosecution of any and all proceedings already instituted against it and the commencement or prosecution hereafter of any and all suits, actions or legal proceedings of any nature or description whatsoever in any and all courts, and also wish to provide an *ad interim* stipulation for value and security for claims, pending the ascertainment of the value of the interest of Clary Shipping in the CLARY should a request for appraisement be made by any claimant.

1 (2)

www.swedishclub.com

**HEAD OFFICE SWEDEN**
Gullbergs Strandgata 6, P.O. Box 171
SE-401 22 Göteborg, Sweden
Tel +46 31 638 400
Fax +46 31 156 711
E-mail swedish.club@swedishclub.com

**GREECE**
5-7 Agiou Nicolaou
GR-185 37 Piraeus, Greece
Tel +30 210 452 2397
Fax +30 210 452 5957
E-mail mail.piraeus@swedishclub.com

**HONG KONG**
Suite 6306, Central Plaza
18 Harbour Road, Wanchai, Hong Kong
Tel +852 2598 6238
Fax +852 2845 9203
E-mail mail.hongkong@swedishclub.com

**JAPAN**
Suzuyo Hamamatsucho Bldg. 5F, 2-1-16 Kaigan
Minato-Ku, Tokyo 105-0022, Japan
Tel +81 3 5442 5466
Fax +81 3 5442 5922
E-mail mail.tokyo@swedishclub.com

VAT No. SE556720632601

Exhibit B

The Swedish Club

Now, therefore, in consideration of the premises, The Swedish Club, hereby undertakes the sum of Three Million United States Dollars ($3,000,000), with interest at six percent per annum thereon from the date hereof, together with the additional sum of One Thousand U.S. Dollars ($1,000) as security for costs, and further undertakes that, if so ordered by this Court, Clary Shipping will pay into the Registry of this Court, within ten days after entry of an order confirming due appraisement of the amount or value of Clary Shipping's interest in the CLARY, the amount or value of such interest as thus ascertained, or will cause to be filed in this proceeding a bond or stipulation for value in such amount in the usual form of surety, and that pending payment into Court of such amount or the giving of a stipulation for value thereof this Undertaking shall stand as security for all claims in said limitation proceedings.

The Swedish Club hereby submits itself to the jurisdiction of the Court for the sole purpose of providing this *ad interim* stipulation for value in the Action and agrees to abide by all orders of the Court in the Action and to pay all amounts awarded by any final judgment rendered by the Court (after appeal, if any) in the Action, up to the principal amount of the Undertaking with interest as aforesaid, unless in the meantime the amount of the value of Clary Shipping's interest in the CLARY shall be paid into Court by Clary Shipping or a stipulation for value thereof shall be given as aforesaid, in which event this *Ad Interim* Stipulation for Value  shall be void.

It is understood and agreed that the execution of this *Ad Interim* Stipulation for Value by Frans Malmros shall not be construed as being binding upon him or her personally, but is to be binding only upon The Swedish Club.

Very truly yours,

The Swedish Club
(Sveriges Ångfartygs Assurans Förening)

By:   Frans Malmros
      *Managing Director of The Swedish Club*

Date: 9 January 2006

2 (2)