IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF CLARY SHIPPING (Pte.) LTD.,<br>AS OWNER(S) AND/OR OWNER(S)<br>*PRO HAC VICE* OF THE MOTOR VESSEL<br>CLARY FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br>*    Civil Action No.:<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO ACCEPT *AD INTERIM* STIPULATION FOR VALUE, AND FOR THE ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE

Clary Shipping (Pte.) Ltd ("Clary Shipping") as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY, by their undersigned attorneys, move the Court to enter an Order accepting the *Ad Interim* Stipulation for Value proffered by Clary Shipping, and to enter a Restraining Order and Order that Notice of the commencement of this proceeding be issued, all as prayed for in the Complaint herein.

/S/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@Wierlaw.com

*Attorneys for Clary Shipping (Pte.), as Owner and Owner Pro Hac Vice of the Motor Vessel CLARY*