IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF CLARY SHIPPING (Pte.) LTD.,<br>AS OWNER(S) AND/OR OWNER(S)<br>*PRO HAC VICE* OF THE MOTOR VESSEL<br>CLARY FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br><br>*    Civil Action No.:<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE**

     is hereby given that a Complaint has been filed in the United States District Court for the District of Delaware by Clary Shipping (Pte.) Ltd., as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY, claiming the right to exoneration from or limitation of liability concerning loss, damage, injury or destruction occasioned by or resulting from an occurrence on or about January 6, 2006 in the Christina River in Wilmington, Delaware, or concerning any loss, damage, injury or destruction otherwise arising out of the Voyage on which the CLARY was then engaged, all for the reasons set forth in said Complaint, and praying that a Notice issue admonishing all persons or entities claiming damages for any and all such loss, damage, injury and destruction to appear before this Court and file their respective claims and answer the allegations of said Complaint, and that if it shall appear that Clary Shipping is not liable or that their liability may be limited for such loss, damage, injury or destruction, that it may be so finally adjudged by this Court.

     ALL PERSONS claiming damages for loss, damage, injury or destruction occasioned by said grounding or voyage must file their respective claims with the Clerk of this Court on or before February 23, 2006 and must serve on or mail to Robert B. Hopkins, Ober, Kaler, Grimes & Shriver, 120 E. Baltimore Street, Baltimore, Maryland 21202, attorneys for Clary Shipping, a copy thereof on or before February 23, 2006, or be defaulted. Any claimant desiring to contest the right of Clary Shipping to exoneration from liability or the right of plaintiffs to limitation of liability shall file and serve an answer to the Complaint on or before February 23, 2006, unless such claim has included an answer. Personal attendance is not required.