IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF CLARY SHIPPING (Pte.) LTD.,<br>AS OWNER(S) AND/OR OWNER(S)<br>*PRO HAC VICE* OF THE MOTOR VESSEL<br>CLARY FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | *<br>*<br>*<br>*<br>* | Civil Action No.: |

\* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO ACCEPT *AD INTERIM* STIPULATION FOR VALUE, AND FOR THE
ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE

Clary Shipping (Pte.) Ltd ("Clary Shipping") as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY by their undersigned attorneys, hereby submits this Memorandum of Points and Authorities in support of their Motion to Accept the *Ad Interim* Stipulation for Value proffered by Clary Shipping, and to enter a Restraining Order and Order that Notice of the commencement of this proceeding be issued, all as prayed for in the Complaint herein.

Points and Authorities

Rule F, Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

/S/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@Wierlaw.com

*Attorneys for Clary Shipping (Pte.), as Owner and Owner Pro Hac Vice of the Motor Vessel CLARY*
Attorneys for Clary Shipping (Pte.), as Owner and/or Owner *Pro Hac Vice* of the Motor Vessel CLARY

RBH 779804.1 1/8/2006 11:47 AM