# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

1220 MARKET STREET, SUITE 600
WILMINGTON, DELAWARE 19801

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

January 10, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

Re: **Wilmington Tug, Inc. v. M/V CLARY, et al.**
Civil Action No. 06-0015 GMS

**In the Matter of the Complaint of Clary Shipping (Pte.) Ltd., as Owner and/or Owner *Pro Hac Vice* of the Motor Vessel CLARY for Exoneration From or Limitation of Liability**
Civil Action No. 06-0016 GMS

Dear Judge Sleet:

This letter is written with regard to the two above-referenced emergency matters that involve a maritime casualty that occurred on January 6, 2006 at approximately 10 a.m. near Berth No. 1 of the Wilmington Marine Terminal in Wilmington, Delaware and is further to our request for an emergency telephone hearing. In the first action, Wilmington Tug, Inc., represented by Palmer Biezup & Henderson LLP, filed an arrest action pursuant to Supplemental Rule C against the Motor Vessel CLARY alleging that the CLARY and/or its assisting tugs collided with various tugs including the TINA, SALLY and CAPT. HARRY owned by Wilmington Tug. Pursuant to Your Honor's January 6, 2006 Order, the CLARY was arrested. Wilmington Tug has requested that security be posted prior to the vessel being released from arrest.

RBH 779943.1 1/10/2006 9:08 AM

Honorable Gregory M. Sleet
January 10, 2006
Page 2

Yesterday, Clary Shipping, the owner of the CLARY, represented by this firm and by Ober, Kaler, Grimes & Shriver, filed a Limitation of Liability Proceeding, pursuant to Supplemental Rule F, seeking exoneration and/or to have its liability limited to the value of the vessel. As per standard practice, security was posted with the Court via an *ad interim* Stipulation for Value signed by the hull underwriter for the CLARY, the Swedish Club, in the amount of $3,000,000.

We have requested an emergency telephone hearing with Your Honor for two reasons. First, so that the appropriate orders may be signed in the Limitation Proceeding, including orders:

> (1) providing for the acceptance of the Stipulation for Value as the amount of the Limitation Fund, which will stand as security for the vessel;

> (2) providing that all claimants (including Wilmington Tug) are restrained from pursuing claims against the CLARY or her Owners outside the Limitation Proceeding; and

> (3) requiring that we serve notice of the Limitation Proceeding order on all known claimants.

We also note that it is standard practice for such above limitation Orders to be signed *ex parte* as Rule F provides a mechanism for any claimant, including Wilmington Tug, to later seek that the amount of security be increased.

Second and most important, we want to address the appropriate manner to have the vessel immediately released from arrest and to address concerns that Wilmington Tug has with regard to security issues.

Clary Shipping has also asked us to advise that, since the vessel has been detained in port, she has been losing approximately $30,000 per day and has been significantly delayed in delivering a cargo to Georgia. As a result of this delay, a plant in Georgia faces a possible shut down.

Again, we respectfully request a telephone conference with Your Honor as soon as possible. The participants in the call would include this firm as well as our co-counsel in Baltimore, M. Hamilton Whitman, Jr. and/or Robert Hopkins of Ober, Kaler, Grimes & Shriver,

Honorable Gregory M. Sleet
January 10, 2006
Page 3

and Frank DeGiulio, Richard Q. Whelan and/or Michael B. McCauley of Palmer Biezup & Henderson LLP, attorneys for Wilmington Tug.

        Respectfully submitted,

        /s/ Daniel W. Scialpi

        Daniel W. Scialpi (#4146)
        DScialpi@Wierlaw.com

cc:    Frank DeGiulio, Esq. (via e-mail)
       Richard Whalen, Esq. (via e-mail)
       Michael B. McCauley, Esq. (via e-mail)
       Clerk of the Court (via CM/ECF)