# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

1220 MARKET STREET, SUITE 600
WILMINGTON, DELAWARE 19801

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

January 11, 2006

**VIA CM/ECF**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

> Re: **Wilmington Tug, Inc. v. M/V CLARY, et al.**
> **Civil Action No. 06-0015 (the "Arrest Action")**
>
> **In the Matter of the Complaint of Clary Shipping (Pte.) Ltd., as Owner and/or Owner *Pro Hac Vice* of the Motor Vessel CLARY for Exoneration <u>From or Limitation of Liability</u>**
> **Civil Action No. 06-0016 (the "Limitation Proceeding")**

Dear Judge Sleet:

  I am writing to express the sincere thanks of all parties for your immediate involvement in the above-referenced emergency matters. After our conference call yesterday, the parties began drafting the appropriate Orders for the release of the vessel as well as the required security, a Swedish Club Letter of Undertaking. Drafting and approval of the Letter of Undertaking involved clients in the United States and in Europe (where it was after hours). As a result, we were not given authority to issue the final agreed-upon Letter of Undertaking until slightly after 5 p.m. The related Orders in the Arrest Action with regard to posting security and releasing the vessel were then filed. Because it was after hours and Your Honor was no longer available, we were able to contact Chief Judge Robinson who, with the consent of all parties, signed two Orders relating to the posting of security and release of the vessel at approximately 6 p.m. The U.S. Marshal was then contacted, and the U.S. Marshal served the release papers on the vessel at approximately 7 p.m. As a result, the vessel was able to sail last night.

RBH 779943.1 1/11/2006 9:00 AM

Honorable Gregory M. Sleet
January 11, 2006
Page 2

There are two remaining Orders that still require your signature in the Limitation Proceeding which are:

    1.    Order Allowing Filing of Ad Interim Stipulation for Value (Attachment No. 1 to D.I. 2 in the Limitation Proceeding); and

    2.    Restraining Order and Order for Issuance of Notice that Claims be Filed (Attachment No. 2 to D.I. 2 in the Limitation Proceeding).

Counsel for Wilmington Tug has advised that Wilmington Tug consents to your signing these Orders. Accordingly, we respectfully request that these two Orders be signed this morning. If you have any questions, we and counsel for Wilmington Tug are available.

We again thank you for all of your assistance.

                      Respectfully submitted,

                      /s/ Daniel W. Scialpi

                      Daniel W. Scialpi (#4146)
                      DScialpi@Wierlaw.com

cc:    Frank DeGiulio, Esq. (via e-mail)
        Richard Whalen, Esq. (via e-mail)
        Michael B. McCauley, Esq. (via e-mail)
        Clerk of the Court (via CM/ECF)

RBH 779943.1 1/11/2006 9:00 AM