IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CLARY SHIPPING (Pte.) LTD., AS OWNER(S) AND/OR OWNER(S) *PRO HAC VICE* OF THE MOTOR VESSEL CLARY FOR EXONERATION FROM OR LIMITATION OF LIABILITY | *  *  *  *  *   Civil Action No.: 06-16 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER ALLOWING FILING OF *AD INTERIM* STIPULATION FOR VALUE

Clary Shipping (Pte.) Ltd ("Clary Shipping") as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY having filed a Complaint for Exoneration from or Limitation of Liability as Owners and/or Owners *Pro Hac Vice* of the motor vessel CLARY (the "Vessel"), and having provided for due appraisal of the value of their interest in the Vessel as may be ordered by this Court upon motion of any claimant, and it appearing from the Certificate of Valuation filed therewith that the value of Clary Shipping's interest in the said Vessel as of January 6, 2006, was not in excess of $3,000,000, and good cause appearing for the entry of an Order allowing filing of Clary Shipping's *Ad Interim* Stipulation for Value, it is this 11th day of Jan, 2006, by the United States District Court for the District of Delaware,

ORDERED, that Clary Shipping may file an *Ad Interim* Stipulation for Value in the amount of $3,000,000 with interest at the rate of six percent (6%) per annum from the date of filing of such security, and with security for costs in the amount of One Thousand Dollars ($1,000.00); and it is further

ORDERED, that any claimant in or party to this proceeding may apply by motion to have the amount of such *Ad Interim* Stipulation for Value increased or diminished as the case may be on the filing of any report of due appraisement of Clary Shipping's interest in the Vessel ordered

RBH 779807.1 1/8/2006 12:00 PM

by the Court, or on the ultimate determination of the Court on exceptions to any such appraisement report.

_____
United States District Judge

