IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : <br> OF CLARY SHIPPING (Pte.) LTD., : <br> AS OWNER(S) AND/OR OWNER(S) : <br> PRO HAC VICE OF THE MOTOR : <br> VESSEL CLARY FOR EXONERATION : <br> FROM OR LIMITATION OF LIABLITY : <br>                                      : | CIVIL ACTION <br><br><br><br><br><br> No.:   06-cv-00016 - GMS |

## STIPULATION EXTENDING TIME
## FOR FILING CLAIM AND ANSWER TO COMPLAINT

Plaintiff, Clary Shipping (Pte) Ltd., by and through its undersigned counsel, hereby stipulates that the time for Wilmington Tug, Inc. to file any Claim and Answer to the Complaint pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims is extended by agreement from February 23, 2006, for a period of thirty (30) days until March 27, 2006.

RICHARD R. WIER, JR. P.A.


By:   /S/Richard R. Wier, Jr.
      Richard R. Wier, Jr. (#716)
      Attorneys for Plaintiff
      1220 Market Street
      Suite 600
      Wilmington, DE 19801
      302-888-3222

Dated: February 20, 2006

PBH: 181382.1