IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : | |
| OF CLARY SHIPPING (Pte.) LTD., AS : | |
| OWNER(S) AND/OR OWNER(S) PRO : | |
| HAC VICE OF THE MOTOR VESSEL : | |
| CLARY FOR EXONERATION FROM : | |
| OR LIMITATION OF LIABILITY : | C.A. No.: 06-0016 GMS |

**STIPULATION EXTENDING TIME
FOR FILING CLAIM AND ANSWER TO THE COMPLAINT**

Plaintiff, Clary Shipping (Pte.) Ltd., by and through its undersigned counsel, hereby stipulates that the time for McAllister Towing of Philadelphia, Inc. and McAllister Towing and Transportation Company, Inc. To file any Claim and Answer to the Complaint pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims is extended by agreement from February 23, 2006, for a period of thirty (30) days until March 27, 2006.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222
DScialpi@wierlaw.com

February 22, 2006