IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : | |
| OF CLARY SHIPPING (PTE.) LTD., AS : | |
| OWNER AND/OR OWNER *PRO HAC VICE* : | C.A. No. 06-0016 GMS |
| OF THE MOTOR VESSEL CLARY FOR : | |
| EXONERATION FROM OR LIMITATION : | |
| OF LIABILITY : | |

**CERTIFICATE OF SERVICE**

I, Alex J. Mili, Jr., Esquire, hereby certify that on this 23rd day of February, 2006, I filed the City of Wilmington's Claim of Damages with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following named individuals:

Michael B. McCauley, Esquire          Daniel W. Scialpi, Esquire
Palmer, Biezup & Henderson            Richard R. Wier, Jr., P.A.
1223 Foulk Road                       Two Mill Road, Suite 200
Wilmington, DE 19803                  Wilmington, DE 19806

Robert B. Hopkins, Esquire
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Alex J. Mili, Jr.
Alex J. Mili, Jr., Esquire (I.D. #4125)
Assistant City Solicitor
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorney for Claimant City of Wilmington