IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | : | CIVIL ACTION |
| OF CLARY SHIPPING (Pte.) LTD., | : | |
| AS OWNER(S) AND/OR OWNER(S) | : | |
| PRO HAC VICE OF THE MOTOR | : | |
| VESSEL CLARY FOR EXONERATION | : | |
| FROM OR LIMITATION OF LIABLITY | : | |
| | : | No.: 06-cv-00016 - GMS |

**STIPULATION EXTENDING TIME**
**FOR FILING CLAIMS AND ANSWERS TO COMPLAINT**

     Plaintiff, Clary Shipping (Pte) Ltd., by and through its undersigned counsel, hereby stipulates that the time for Wilmington Tug, Inc., McAllister Towing of Philadelphia, Inc. and McAllister Towing and Transportation Company, Inc. to file their respective Claims and Answers to the Complaint pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims is extended by agreement for an additional forty-five (45) day period until May 11, 2006.

                                                                    RICHARD R. WIER, JR. P.A.

                          By:    /S/Richard R. Wier, Jr.
                                  Richard R. Wier, Jr. (#716)
                                  Two Mill Road, Suite 200
                                  Wilmington, DE  19806
                                  302-888-3222
                                  *Attorneys for Plaintiff*

Dated: March 22, 2006