IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF CLARY SHIPPING (Pte.) LTD., AS OWNER(S) AND/OR OWNER(S) PRO HAC VICE OF THE MOTOR VESSEL CLARY FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 06-cv-00016 – GMS |

## ENTRY OF APPEARANCE

Please enter the appearance of Steven L. Caponi and the law firm of Blank Rome LLP on behalf of McAllister Towing of Philadelphia, Inc. and McAllister Towing and Transportation Company, Inc.

Dated: March 30, 2006

BLANK ROME LLP

_____
Steven L. Caponi (DE ID No. 3484)
1201 North Market Street
Suite 800
Wilmington, DE 19801

Attorneys for McAllister Towing of Philadelphia, Inc. and McAllister Towing and Transportation Company, Inc.

112903.00609/40160858v.1

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 30th day of March, 2006, I caused true and correct copies of the foregoing *Entry of Appearance* to be served upon the following counsel of record in the manner indicated:

### Via Electronic Filing

Richard R. Weir, Jr., Esquire
Daniel W. Scialpi, Esquire
Law Offices of Richard R. Weir, Jr.
Two Mill Road
Suite 200
Wilmington, DE 19806

_____
Steven L. Caponi (DE ID No. 3484)