IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : <br> OF CLARY SHIPPING (Pte.) LTD., : <br> AS OWNER(S) AND/OR OWNER(S) : <br> PRO HAC VICE OF THE MOTOR : <br> VESSEL CLARY FOR EXONERATION : <br> FROM OR LIMITATION OF LIABLITY : <br>  : | CIVIL ACTION <br><br><br><br><br><br> No.: 06-cv-00016 - GMS |

**STIPULATION EXTENDING TIME
FOR FILING CLAIMS AND ANSWERS TO COMPLAINT**

Plaintiff, Clary Shipping (Pte) Ltd., by and through its undersigned counsel, hereby stipulates that the time for Wilmington Tug, Inc., McAllister Towing of Philadlphia, Inc. and McAllister Towing and Transportation Company, Inc. to file their respective Claims and Answers to the Complaint pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims is extended by agreement until June 11, 2006.

RICHARD R. WIER, JR. P.A.

By:   /s/ Daniel W. Scialpi
      Daniel W. Scialpi  (#4146)
      Richard R. Wier, Jr. (#716)
      Two Mill Road, Suite 200
      Wilmington, DE  19806
      302-888-3222
      *Attorneys for Plaintiff*

Dated: May 10, 2006