# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

May 10, 2006

**VIA CM/ECF**

Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

    Re:    In the Matter of the Complaint of Clary Shipping (Pte.) Ltd.,
As Owner and/or Owner *Pro Hac Vice* of the Motor Vessel
CLARY for Exoneration From or Limitation of Liability
<u>Civil Action No. 1:06-cv-0016</u>

Dear Judge Sleet:

    Today, Clary Shipping PTE Ltd. filed a Stipulation extending the time for Wilmington Tug, Inc., McAllister Towing of Philadelphia, Inc. and McAllister Towing and Transportation Company, Inc. to file their respective Claims and Answers to the Complaint until June 11, 2006. While this is not the first time an extension has been provided to these parties, we note that the parties are extremely close to resolving this entire matter and we are hopeful that we will have a resolution and be able to provide you with a proposed dismissal Order prior to June 11, 2006.

                                         Respectfully submitted,

                                         /s/ Daniel W. Scialpi

                                         Daniel Scialpi (#4146)

cc:    Counsel of Record (via-e-mail)