-8-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of a true and correct copy of the attached **Claim and Answer to Complaint** was made to the following counsel on the below-listed date, via United States First-Class Mail, postage prepaid:

Richard R. Wier, Jr., Esquire
Daniel W. Scialpi, Esquire
Law Offices of Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

Steven L. Caponi, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Alex J. Mili, Jr., Esquire
Assistant City Solicitor
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, DE 19801

PALMER BIEZUP & HENDERSON LLP

By: ___/s/ *Michael B. McCauley*___
 Michael B. McCauley, Esq.
 Delaware Bar# 2416

 1223 Foulk Road
 Wilmington, DE 19803
 (302) 594-0895
 Attorneys for Claimaint,
 Wilmington Tug, Inc.

*Of Counsel:*

Frank P. DeGiulio, Esq.
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106
(215) 625-9900

Dated: __June 6, 2006__