IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT : | CIVIL ACTION |
| OF CLARY SHIPPING (Pte.) LTD., : | |
| AS OWNER(S) AND/OR OWNER(S) : | |
| PRO HAC VICE OF THE MOTOR : | |
| VESSEL CLARY FOR EXONERATION : | |
| FROM OR LIMITATION OF LIABILITY : | |
| : | No.:   06-cv-00016 - GMS |

STIPULATION AND CONSENT ORDER
TO DISMISS CLAIMS OF WILMINGTON TUG, INC.

The plaintiff, Clary Shipping (Pte) Ltd. and Claimant Wilmington Tug, Inc., having reached an agreement to settle and resolve certain claims between them pursuant to a Settlement Agreement and Release dated on or about August 1, 2006, hereby stipulate and agree to the dismissal of claims asserted in this action by Claimant Wilmington Tug, Inc., on the terms set forth below:

1. Plaintiff Wilmington Tug, Inc. hereby agrees to dismiss, with prejudice, all claims against the M/V CLARY and Clary Shipping, except for those claims described in Paragraph 2 of this Stipulation, which shall be and are dismissed without prejudice.

2. Plaintiff Wilmington Tug, Inc. hereby agrees to dismiss, without prejudice, any claim or cause of action by Wilmington Tug, Inc. against the M/V CLARY or Clary Shipping for contribution and/or indemnity in connection with a claim, demand or cause of action made or initiated against Wilmington Tug, Inc. by its employee Jeffrey Gidden with regard to the incident which forms the basis of the Complaint in this matter and any claim or cause of action by

PBH: 184329.1

Wilmington Tug, Inc. against the M/V CLARY or Clary Shipping to enforce the terms and conditions of a certain Settlement Agreement and Release executed between the parties on or about August 1, 2006.

3.  The parties respectfully request the Court to expressly retain jurisdiction to enforce the terms of the Settlement Agreement and Release between plaintiff Clary Shipping (Pte) Ltd. and Wilmington Tug, Inc. dated on or about August 1, 2006.

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID No. 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
Attorneys for Claimant,
Wilmington Tug, Inc.

RICHARD R. WIER, JR. P.A.

By: _____
Richard R. Wier, Jr. (#716)
1220 Market Street
Suite 600
Wilmington, DE 19801
(302) 888-3222
Attorneys for Plaintiff

Dated: August 16, 2006

IT IS HEREBY ORDERED that this Stipulation and Consent Order shall be made an Order of the Court and it is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties.

SO ORDERED:

_____
Gregory M. Sleet, U.S.D.J.

PBH: 184329.1

-2-