


JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

Law Department
(302) 576-2175

June 21, 2007

<u>VIA E-FILING</u>
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Wilmington, DE 19801

      RE:   **Wilmington Tug, Inc. v. M/V CLARY, et al.**
              **Civil Action No. 06-cv-0015**

              **In the matter of the Complaint of Clary Shipping (Pte.) Ltd.,
As Owner and/or Owner Pro Hac Vice of the Motor Vessel
CLARY for Exoneration From or Limitation of Liability**

Dear Judge Sleet:

      This is to confirm that the City has settled all claims in the above-captioned action.

                                    Respectfully submitted,

                                      Alex J. Mili, Jr. (DE Bar Id. No. 4125)

cc:   Richard R. Wier, Jr., Esquire
       Michael B. McCauley, Esquire